# CASE ANNOUNCEMENTS

*June 30, 2010*

[Cite as *06/30/2010 Case Announcements*, 2010-Ohio-2970.]

## MOTION AND PROCEDURAL RULINGS

**In re Sherrills.**
On March 31, 2008, this court found Daries Sherrills to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Sherrills was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On June 17, 2010, Sherrills submitted a request for leave to file a motion for relief from judgment under Civ.R. 60(B) and for reconsideration. Upon review of the proffered document, the court finds it without merit. Accordingly,

It is ordered by the court that Sherrills's request for leave is denied.

**2010–1116.  State ex rel. Johnson v. Pineda.**
Hocking App. No. 10CA1. This cause was filed as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. 2.1(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Hocking County, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 6.2 - 6.7.